178

VILIMONOVIC, APPELLANT, *v.* MODERN TOOL & DIE PRODUCTS, INC. ET AL., APPELLEES.

[Cite as Vilimonovic *v.* Modern Tool & Die Products, Inc. (1989), 44 Ohio St. 3d 178.]

(No. 88-1576—Submitted May 30, 1989—Decided August 2, 1989.)

*Robert J. Sindyla,* for appellant.

The judgment of the court of appeals is affirmed on authority of *Hartsock* v. *Chrysler Corp.* (1989), 44 Ohio St. 3d 171, 541 N.E. 2d 1037.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.